UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARAIZA, | 1: 06 CV 00373 LJO WMW HC |
| Petitioner, | ORDER REQUIRING PETITIONER TO FILE EXHIBITS |
| v. | |
| K. MENDOZA-POWERS, | |
| Respondent. | |

    Petitioner is a prisoner proceeding with a petition for wit of habeas corpus pursuant to 28 U.S.C. Section 2254. On February 27, 2007, this court entered an order requiring Respondent to file a responsive pleading in this case. Respondent has now brought to the court's attention that Exhibits A and B, referred to in the petition, were not provided by Petitioner. Accordingly, Petitioner is HEREBY ORDERED to file with the court, within twenty (20) days of the date of service of this order, the relevant exhibits. Respondent's duty to file a responsive pleading is

1  HEREBY SUSPENDED pending further order of the court.

4  IT IS SO ORDERED.

5  **Dated:   March 6, 2007**                    **/s/  William M. Wunderlich**
   bl0dc4                                         UNITED STATES MAGISTRATE JUDGE